UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** § § § § | | |
| Plaintiff, § | | |
| v. § | | |
| **NATASHA N. RAFIQ**, Individually, as Co-Independent Administrator of the Estate of Edith Spossey-Sax, and as Trustee of the Trust of Edith Spossey-Sax dated November 29, 2008, **CHRISTOPHER SPOSSEY**, Individually and as Trustee of the Trust of Edith Spossey-Sax dated November 29, 2008, **BROOKE SPOSSEY**, Individually and as Trustee of the Trust of Edith Spossey-Sax dated November 29, 2008, **TREY SPOSSEY**, Individually and as Trustee of the Trust of Edith Spossey-Sax dated November 29, 2008, and **STEVEN L. SAX**, Individually and as Co-Independent Administrator of the Estate of Edith Spossey-Sax, § § § § § § § § § § § § § § § § § § | Case No. 4:14-cv-03327 | |
| Defendants. § | | |

## NOTICE OF DISTRIBUTION OF FUNDS

PLEASE TAKE NOTICE that pursuant to the Agreed Order and Final Judgment entered by this Court on February 17, 2015 (the "Order"), Plaintiff The Prudential Insurance Company of America ("Prudential") caused the following check to be distributed:

(1) Check number 1150056307, made payable to "The Estate of Edith Spossey-Sax" and in the amount of $5,062,517.30 was distributed to Richard Behlmann, Esq. as counsel for Defendants on or about February 23, 2015.

Pursuant to the Order, Prudential shall be, and hereby is, discharged from any and all liability to the Defendants relating to Individual Life Insurance Policy Number L8 363 238, which was issued by Prudential to Edith Spossey-Sax (the "Policy") and or the death benefit previously due thereunder

2539550.1

and distributed pursuant to the Order as set forth above (the "Death Benefit"), and the Defendants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Policy and/or the payment of the Death Benefit under the Policy; any and all claims against Prudential relating to the Policy and/or the Death Benefit shall be, and the same hereby are, dismissed with prejudice and without costs to any party; and this action shall be, and hereby is, dismissed in its entirety as to all parties, with prejudice, and without costs to any party.

        Respectfully Submitted,

        /s/ Gayla C. Crain
        Gayla C. Crain
        gcrain@grayreed.com
        GRAY REED & McGRAW, P.C
        1601 Elm Street, Suite 4600
        Dallas, Texas  75201
        Telephone: (469) 320-6172
        Facsimile: (214) 953-1332

        *Counsel for Plaintiff The Prudential*
        *Insurance Company of America*

**CERTIFICATE OF SERVICE**

      I certify that on March 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

Richard A. Behlmann
rbehlmann@behlmannlaw.com
21218 Kingsland Blvd.
Katy, Texas  77450-5898
*Counsel for Defendants Natasha Rafiq,*
*Christopher Spossey, Brooke Spossey,*
*Trey Spossey, and Steven Sax*

                                                  */s/ Gayla C. Crain*
                                                  Gayla C. Crain